IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
AT MEMPHIS

| | |
|---|---|
| LURINE MASSEY, ) | |
| ) | |
|     Plaintiff, ) | |
| v. ) | Case No. 13-2006-STA-tmp |
| ) | |
| UNUM LIFE INSURANCE COMPANY OF ) | |
| AMERICA, ) | |
| ) | |
|     Defendant. ) | |

_____

**STIPULATION OF DISMISSAL**
_____

Plaintiff, Lurine Massey, and Defendant, Unum Life Insurance Company of American, stipulate that the parties have agreed to a compromise and settlement of all claims between them in this matter. The parties agree that, because no remaining issues exist between them, the case should be dismissed with prejudice.

Respectfully submitted:

By: s/ Katharine R. Cloud
    Katharine R. Cloud (#19336)
    Stuart M. Burkhalter (#29078)
    Riley Warnock & Jacobson, PLC
    1906 West End Avenue
    Nashville, Tennessee 37203
    (615) 320-3700
    (615) 320-3737 (facsimile)
    kcloud@rwjplc.com
    sburkhalter@rwjplc.com

*Attorneys for Defendant*

>By: s/ John E. Dunlap with permission by KRC
>John E. Dunlap (#13223)
>1684 Poplar Avenue, Suite 104
>Memphis, TN 38104
>(901) 726-6770
>(901) 726-6771 (facsimile)
>jdunlap00@gmail.com
>
>*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26^(TH) day of November, 2013, a true and correct copy of the foregoing has been served through the Court's electronic filing systems on all counsel of record.

>s/ Katharine R. Cloud